In the Matter of MORRIS GUMPEL v. IRVING CURVITCH.— Application

denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.